**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00542-CV
_____

### AMERICAN ACCESS CASUALTY COMPANY, Appellant

### V.

### CIRIACA A.GONGORA O/B/O JOSE V. SORIA-MORAN, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-03396**

## O R D E R

Appellant's brief was due October 29, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court by **November 29, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM